## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

GLOBALGURUTECH, LLC d/b/a
SELLLOCKED.COM

                Plaintiff,

v.

TRUSTPILOT, INC.

                Defendant.

Case No.:_26-CV-04478_____

_

## NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, the Declaration of Jakob Zahara in Support of Plaintiff's Motion for a Preliminary Injunction, and all prior pleadings and proceedings herein, Plaintiff GlobalGuruTech, LLC ("GGT") will move this Court, before the Honorable <sup>Naomi Reice Buchwald</sup> _____, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, Courtroom ___<sup>21A</sup>, 500 Pearl Street, New York, New York 10007, on the 26th day of June, 2026, at 11:30 A.M.[1] or as soon thereafter as counsel may be heard, for entry of a preliminary injunction pursuant to Federal Rule of Civil Procedure 65, ordering Defendant Trustpilot, Inc. ("Trustpilot") to:

(a) Withdraw the cease and desist letter sent to SellCell.com;

(b) Send a communication to SellCell.com confirming that Trustpilot does not object to the display of GGT's TrustScore and customer reviews;

---

1.    Plaintiff is directed to serve the complaint, as well as its motion for a preliminary injunction upon defendant no later than Wednesday, June 3, 2026, at 12:00 P.M.  Defendant's opposition papers shall be filed no later than Wednesday, June 17, 2026.  Plaintiff's reply, if any, shall be filed no later than Monday, June 22, 2026, at 10:00 AM.

(c) Refrain from sending cease and desist letters or threatening litigation against SellCell.com or any other third party regarding the display of GGT's TrustScore and customer reviews;

(d) Refrain from interfering with GGT's advertising relationships during the pendency of this action.

Dated: East Meadow, NY
      May 28, 2026

Respectfully submitted,

**Certilman Balin Adler & Hyman, LLP**

By: _____

    Jaspreet S. Mayall
*Attorney for Plaintiff*
GlobalGuruTech, LLC
90 Merrick Avenue
East Meadow, NY 11554
516.296.7000
jmayall@certilmanbalin.com

Dated:    June 1, 2026
      New York, New York

C. Adam Buck, Esq.
*(pending admission pro hac vice)*
Arizona Bar No. 023128
adam.buck@aprio.com
APRIO LEGAL
15205 N. Kierland Blvd., Ste. 200
Scottsdale, Arizona 85254
(602) 606-9300
*Attorney for GlobalGuruTech, LLC*

SO ORDERED.

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

2