
## Davis Wright Tremaine LLP

27th Floor
350 South Grand Avenue
Los Angeles, CA  90071-3487

**Scott R. Commerson**
213.633.6890 tel
scottcommerson@dwt.com

June 18, 2026

***By ECF***

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *GlobalGuruTech, LLC v. Trustpilot, Inc.*, No. 26-CV-4478 (S.D.N.Y. 2026)

Dear Judge Buchwald:

This Firm represents Defendant Trustpilot, Inc. ("Trustpilot") in the above-captioned case. Pursuant to Your Honor's Individual Rules, Trustpilot respectfully requests an adjournment of the preliminary injunction hearing currently scheduled for June 26, 2026, at 11:30 a.m.

Plaintiff filed its complaint and motion for a preliminary injunction on May 28, 2026. Trustpilot filed its memorandum of law in opposition on June 17, 2026, and Plaintiff's reply is due on June 22, 2026. (*See* Dkt. 10.) Because that reply deadline was set in anticipation of the June 26 hearing, the parties are in agreement that if the Court adjourns the hearing, Plaintiff's deadline to file its reply brief be extended to Friday, June 26, 2026.

Due to previously scheduled obligations of the undersigned, who will be traveling from the West Coast for the hearing, and the intervening July 4 holiday, Trustpilot respectfully requests that the Court adjourn the hearing from Friday June 26 to Friday July 10, 2026. Plaintiff is willing to accommodate this request in light of the undersigned's conflict, but has advised that, for business reasons, it requests that any rescheduled hearing be held on a Friday and, given the urgency of the preliminary injunction matter, that the hearing not be adjourned beyond Friday, July 17, 2026, if at all possible.

This is Trustpilot's first request for an adjournment of this hearing. The requested adjournment would not affect any other deadlines. Plaintiff consents to this request consistent with the foregoing.

Trustpilot appreciates the Court's consideration.

Respectfully submitted,

Davis Wright Tremaine LLP

/s/ Scott Commerson

Scott Commerson (*pro hac vice* pending)

cc:     All Counsel of Record (via ECF)

```
        Application granted. The
preliminary injunction hearing
previously scheduled for Friday,
June 26, 2026, is hereby adjourned
until Thursday, July 16, at 12:00
P.M. Plaintiff's deadline to file
its reply brief is extended to
Friday, June 26, 2026.
```

```
Dated:    June 22, 2026
          New York, New York
```

SO ORDERED.

*Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE