UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GLOBALGURU TECH, LLC d/b/a
SELLLOCKED.COM,

Plaintiff,

- against -

TRUSTPILOT, INC.,

Defendant.

----------------------------------------X

**ORDER GRANTING MOTIONS TO SEAL**

26 Civ. 4478 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on June 26, 2026, plaintiff GlobalGuru Tech, LLC ("plaintiff") filed a letter motion seeking to file under seal portions of its Reply Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction and the supporting Declaration of Jakob Zahara, ECF No. 27; and

**WHEREAS** on June 26, 2026, plaintiff filed a letter motion seeking to file under seal certain exhibits to ECF No. 27, ECF No. 30; it is hereby

**ORDERED** that the motions to seal are granted, subject to reconsideration should it eventuate that maintaining the desired confidentiality is inconsistent with the Court's ability to fully address the issues, mindful of the public's right to know; and it is further

**ORDERED** that the Clerk of Court terminate the motions pending at ECF Nos. 27 and 30.

Dated: August 31, 2026
New York, New York

Naomi Reice Buchwald

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE