**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x Case No. 26-cv-04478-NRB

GLOBALGURUTECH, LLC d/b/a SELLLOCKED.COM,

*Plaintiff,*

-against-

TRUSTPILOT, INC.,

*Defendant.*

---------------------------------------------------------------------x

**ORDER GRANTING FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Upon consideration of Plaintiff's Letter Motion for Leave to File Under Seal, and good cause having been shown, it is hereby ORDERED that:

1. Plaintiff's motion for leave to file under seal limited portions of its First Amended Complaint for Damages and Injunctive Relief is GRANTED.

2. The unredacted versions of the First Amended Complaint for Damages and Injunctive Relief shall be maintained under seal and shall not be available on the public docket.

3. The redacted versions of the First Amended Complaint for Damages and Injunctive Relief shall remain on the public docket.

4. Access to the sealed documents shall be limited to the parties, their counsel, and the Court.

Dated: New York, New York
October 9, 2026

**SO ORDERED:**

Naomi Reice Buchwald
NAOMI REICE BUCHWALD, USDJ